UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD GRUNDY,
    Plaintiff,

v.

CIVIL ACTION NO.
17-11449-PBS

HSBC BANK USA, N.A. AS
INDENTURE TRUSTEE FOR THE
REGISTERED NOTEHOLDERS OF
RENAISSANCE HOME EQUITY LOAN TRUST
2006-3, AND OCWEN LOAN SERVICING,
LLC, DIVISION OF OCWEN, INC.,
    Defendants.

**REPORT AND RECOMMENDATION RE:**
**DEFENDANTS HSBC BANK USA, N.A. AS INDENTURE TRUSTEE FOR THE**
**REGISTERED NOTEHOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST**
**2006-3 AND OCWEN LOAN SERVICING, LLC, A DIVISION OF OCWEN,**
**INC.'S MOTION TO DISMISS THE COMPLAINT**
**(DOCKET ENTRY # 22)**

July 16, 2018

**BOWLER, U.S.M.J.**

Pending before this court is a motion to dismiss filed by defendants HSBC Bank USA, N.A. as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2006-3 ("HSBC") and Ocwen Loan Servicing LLC ("Ocwen"). (Docket Entry # 22). Plaintiff Richard Grundy ("plaintiff") opposes the motion. (Docket Entry # 34). After conducting a hearing, this court took the motion (Docket Entry # 22) under advisement.

PROCEDURAL BACKGROUND

Plaintiff alleges misconduct by HSBC and Ocwen

[Handwritten margin note: 9/11/18 I adopt the report and recommendation. Although plaintiff filed an amended complaint, he did not file any objections. The action is refered to the magistrate judge for all future proceedings. —Patti B. Saris]